# EXHIBIT B



**Street Solutions Inc**
111 Town Square Place, Suite 1203
Jersey City, NJ 07310
Tel 201.763.9500
www.streetsolutions.com

INVOICE NO. 1917

| Date | 11/24/2021 |
|---|---|
| Due Date | 12/24/2021 |
| P.O. No. | |

| Bill To | Wire Payment To |
|---|---|
| Robert Trahan<br>Sprout Mortgage, LLC | Bank Name: CITIBANK NA, Branch #1<br>Bank Address: 120 Broadway, New York, NY 10271<br>Account Number:<br>Routing Number:<br>Swift/Bic Code: |

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Subscription Fee: 11/24/2021 - 12/31/2021 | 16,657.53 | 1 | 16,657.53 |
| Subscription Fee: 1/1/2022 - 12/31/2022 | 160,000.00 | 1 | 160,000.00 |
| | | TOTAL | 176,657.53 |
| | | Payments/Credits | |
| | | Balance Due | $176,657.53 |

EIN: ▮▮▮▮▮ : Please forward any inquiries to billing@streetsolutions.com