```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STREET SOLUTIONS, INC.,

               Plaintiff,

-against-

SPROUT MORTGAGE, LLC,

               Defendant.

1:22-cv-5210 (MKV)

ORDER TO SHOW CAUSE

---

MARY KAY VYSKOCIL, United States District Judge:

    This action was filed on June 22, 2022 [ECF No. 1]. Plaintiff asserts that this Court has subject matter jurisdiction to hear this matter under 28 U.S.C. § 1332(a)(1) because the Parties are completely diverse from one another. Compl. ¶¶ 9-10. The Complaint, however, does not state the citizenship of the members of the Defendant LLC or its parent corporation. Compl. ¶ 9.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to show cause by July 1, 2022 why this case should not be dismissed for lack of subject matter jurisdiction. *See Flemming v. Port Authority of New York and New Jersey*, No. 21 Civ. 1112, 2021 WL 878558, at *1-2 (E.D.N.Y. Mar. 9, 2021).

**SO ORDERED.**

Date:  **June 22, 2022**
        **New York, NY**

                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**