UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREET SOLUTIONS, INC.<br><br>  Plaintiff,<br><br>  -against-<br><br>SPROUT MORTGAGE, LLC,<br><br>  Defendant. | Case No. 1:22-cv-05210-MKV |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Street Solutions, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant.

Dated: New York, New York
       June 30, 2022

**FOX ROTHSCHILD LLP**

/s/ John A. Wait
John A. Wait, Esq.
Alexandra L. Sobol, Esq.
101 Park Avenue, 17th Floor
New York, NY 10017
(212) 878-7900
jwait@foxrothschild.com
asobol@foxrothschild.com

*Attorneys for Plaintiff Street Solutions, Inc.*